1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| MARCUS FRYE, | CASE NO. 07 CV 1255 BEN (POR) |
|---|---|
| Plaintiff, | **ORDER AND DISMISSAL WITH PREJUDICE** |
| v. | |
| HOME DEPOT U.S.A., INC.; HOME DEPOT INSTALLATION SERVICES, INC.; and DOES 2 through 10, | |
| Defendants. | |

On reading and filing the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, and good cause appearing therefore,

///

///

///

1  IT IS HEREBY ADJUDGED, ORDERED AND DECREED that this action
2  be dismissed with prejudice, with each party to bear its own attorney's fees and costs to
3  achieve said dismissal.  The Court shall retain jurisdiction only to enforce this Stipulation
4  between the parties.

6  **IT IS SO ORDERED.**

8  **DATED: February 5, 2008**

  _____
  **ROGER T. BENITEZ**
  **United States District Judge**